Courtney Hamby
1707 W. Yearling Rd.
Phoenix, Az 85085

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

Dustin Hamby )
11217 W. Jomax Rd )
Peoria, Az 85383 )  Case No. **2:18-bk-03941-PS**
)
)  **OBJECTION TO PLAN**
**Debtor** )
_____)

1. Debtor understates his income.

2. Debtor understates his assets.

3. Debtor is capable of paying substantially more than what has been referenced in his bankruptcy filings.

4. Debtor failed to disclose having previous ownership in Elite Sales & Marketing Group and has a promissory note that was established in 2018.

5. Debtor is paying money towards secured creditors for recreational toys.

*Courtney J. Hamby* 06-08-2018
Courtney Hamby