James F. Kahn - 003063
Krystal M. Ahart - 029358
**KAHN & AHART, PLLC**
**BANKRUPTCY LEGAL CENTER™**
301 E. Bethany Home Rd., Suite C-195
Phoenix, AZ 85012-1266
Phone: 602-266-1717
Fax: 602-266-2484
Email: James.Kahn@azbk.biz
Email: Krystal.Ahart@azbk.biz
Attorneys for Creditor

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | ) In Proceedings Under Chapter 13 |
| | ) |
| DUSTIN J. HAMBY, | ) Case No.: 2:18-bk-03941-PS |
| | ) |
| Debtor. | ) |
| _____ | ) |

## NOTICE OF OBJECTION TO POTENTIAL DISMISSAL

Courtney Hamby, Creditor, through the BANKRUPTCY LEGAL CENTER™, anticipating that the Debtor may file either a motion to dismiss or a notice of dismissal, gives notice to the Debtor, his counsel, and all parties in interest that Courtney Hamby objects to any such dismissal, and reserves the right to move convert the case to a case under Chapter 7 pursuant to 11 U.S.C. § 1307(c), and, without limitation, Marrama v. Citizens Bank of Massachusetts, 549 U.S. 365 (2007), and Rosson V. Fitzgerald, 545 F.3rd 764, predicated upon, *inter alia,* the Debtor's failure to fully disclose his assets and transactions in the Debtor's Schedules of Assets & Liabilities and Statement of Financial Affairs.

DATED this 22nd day of June, 2018.

KAHN & AHART, PLLC
BANKRUPTCY LEGAL CENTER™

/s/ James F. Kahn, SBN003063
Attorney for Creditor